Leah Martin, Esq.
Nevada Bar No. 7982
Kevin Hejmanowski, Esq.
Nevada Bar No. 10612
LEAH MARTIN LAW
601 W. South Rancho Drive, Suite C-26
Las Vegas, Nevada 89106
lmartin@leahmartinlv.com
khejmanowski@leahmartinlv.com
Phone: (702) 420-2733
Facsimile: (702) 330-3235
*Attorneys for Defendant Joshua A. Sipera*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| MITZI GREENAN, | ) |
| | ) Case No. 2:23-cv-00812-CDS-NJK |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION TO EXTEND TIME TO** |
| | ) **RESPOND TO COMPLAINT [ECF. 1]** |
| J&E COLLECTIONS, INC., REDFIN | ) |
| SOULTIONS, INC., AND JOSHUA A. | ) **(First Request)** |
| SIPERA, | ) |
| | ) |
| Defendants. | ) |

Pursuant to Local Rule IA 6-1 of the U.S. District Court for the District of Nevada, Defendant, Joshua A. Sipera (hereinafter "Defendant"), and Plaintiff, Mitzi Greenan (hereinafter "Plaintiff"), by and through their respective attorneys of record, hereby stipulate as follows:

1. Plaintiff filed a Complaint on May 24, 2023.

2. Defendant was served on June 30, 2023 [ECF 10].

3. Defendant's deadline to file an answer or other responsive pleading to Plaintiff's Complaint is on or around July 21, 2023.

4. Plaintiff's Counsel consented to an extension through August 14, 2023, for Defendant to respond to the Complaint.

5. This is Defendant's first request for an extension to respond to the Complaint.

6. The extension is not being asserted to cause undue delay or burden to the parties.

1

7. Due to Defendant's recent retention of counsel, Defendant submits that good cause exists for an extension of time to respond to the Complaint pursuant to Fed. R. Civ. P. 6(b).

8. The parties stipulate and agree that Defendant shall have up to and including August 14, 2023, to file an answer or other responsive pleading to the Complaint.

**IT IS SO STIPULATED.**

DATED this  2nd  day of August, 2023.

LEAH MARTIN LAW
/s/ *Leah Martin*
Leah Martin, Esq.
Kevin Hejmanowski, Esq.
601 South Rancho Drive, Suite C-26
Las Vegas, Nevada 89106
*Attorneys for Defendant Joshua A. Sipera*

DATED this  2nd  day of August, 2023.

LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.
/s/ *Craig B. Friedberg*
Craig B. Friedberg, Esq.
Nevada Bar No. 4606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
*Attorney for Plaintiff, Mitzi Greenan*

Docket No. 11 is **DENIED** as moot.

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __August 3, 2023_____

2